| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 7:19CR00845-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Patrick Williams Brooklyn, New York | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Vincent L. Briccetti, U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/15/2023 | TO 11/14/2025 |

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   APRIL 29, 2024   *
BROOKLYN OFFICE
24-CR-173

Judge Eric N. Vitaliano

**OFFENSE**

Count 1: Felon in Possession of a Firearm, in violation of 18 U.S.C. 922(g), a Class C Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Longstanding residence and prosocial ties in the Eastern District of New York

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 4/16/24 | /s/ Vincent Briccetti |
|---|---|
| Date | United States District Judge |

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Patrick Williams' supervision from the Southern District of New York to the Eastern District of New York, the sealed records of the Court in the above-styled matter relating to Patrick Williams are unsealed for the limited purpose of transferring those records to the United States District Court for the Eastern District of New York and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 4/30/2024 | /s/Eric N. Vitaliano |
|---|---|
| Effective Date | United States District Judge |